UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEMETRIUS T. CROCKETT, | § | No. 1:26-CV-00166-DAE |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| THE HONORABLE RICHARD A. | § | |
| OLIVO, FORMER JUSTICE OF THE | § | |
| PEACE FOR PRECINCT 5 TRAVIS | § | |
| COUNTY, TEXAS, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation ("Recommendation") filed by U.S. Magistrate Judge Dustin M. Howell on February 10, 2026. (Dkt. # 6.) Pursuant to Local Rule CV-7(h), the Court finds this matter suitable for disposition without a hearing. After reviewing the Recommendation and the information contained in the record, the Court **ADOPTS** the Recommendation.

## BACKGROUND

On January 22, 2026, Plaintiff Demetrius T. Crockett ("Plaintiff" or "Crockett") filed suit against former Justice of the Peace Richard Olivo for misconduct in connection with a criminal case against Crockett. (Dkt. # 1.) In his

1

Complaint, Crockett brings claims against Judge Olivo under 42 U.S.C. § 1983 for violations of his due-process and equal-protection rights, seeking damages and injunctive relief.  (Id. at 6.)

After review, the Magistrate Judge granted Crockett's application to proceed *in forma pauperis*.  (Dkt. # 6 at 1–2.)  The Magistrate Judge also reviewed Crockett's *pro se* Complaint under 28 U.S.C. § 1915(e) and recommended dismissing the suit.  (Id. at 2–7.)  Crockett has filed no objections to the Recommendation.[1]

## DISCUSSION

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Recommendation for clear error.  United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).  After careful consideration, the Court adopts the Magistrate Judge's Recommendation.  The Court agrees with Judge Howell's analysis and finds it is reasonable and absent of clear error.

In his Recommendation, Judge Howell found that, with respect to Crockett's request for damages, Judge Olivo is immune from suit and that no

---

[1] On February 11, 2026, a copy of the U.S. Magistrate Judge's Recommendation was mailed via certified mail to Crockett to the address he provided to the Court. (Dkt. # 7.)  The envelope was returned to the Court as "return to Sender; Attempted – Not Known; Unable to Forward."  (Dkt. # 8.)  In the over two months since, Crockett has not filed any objections nor has he updated his address with the Court, which provides an independent basis for dismissal.  See Fed. R. Civ. P. 41(b); Loc. R. CV-10 (W.D. Tex.).

exception to immunity applies.  (Dkt. # 6 at 4–5.)  Judge Howell also recommended, with respect to Crockett's requests for equitable relief, that the Court dismiss Crockett's claims because there was no indication of any continuing harm or immediate threat of repeated injury.  (Id. at 5–7.)  Upon review, the Court agrees with Judge Howell's well-reasoned analysis.  Accordingly, the Court **ADOPTS** Judge Howell's Recommendation.

CONCLUSION

For the reasons given, the Court **ADOPTS** U.S. Magistrate Judge Howell's Report and Recommendation (Dkt. # 6) and **DISMISSES WITH PRJEUDICE** under § 1915(e)(2) Crockett's claims. The Court will therefore **DISMISS AS MOOT** Crockett's remaining pending motion, (Dkt. # 3).  The Clerk's Office is hereby **INSTRUCTED** to **CLOSE** the case.

**IT IS SO ORDERED**.

**DATED:** Austin, Texas, April 30, 2026.

_____
Hon. David Alan Ezra
Senior U.S. District Judge

3